UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY TREMBLE

v.                                                  CASE NO.  3:14 cv  1502 (JBA)

VALENTINE & KEBARTAS, INC.

NOTICE OF VOLUNTARY DISMISSAL

Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action without

costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on November 5, 2014, a copy of foregoing Notice of Dismissal
was filed electronically. Notice of this filing will be sent by e-mail to all parties by
operation of the Court's electronic filing system. Parties may access this filing through the
Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net